An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

GABRIEL STEVEN DEVALLE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63501

**FILED**

JUL 2 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of robbery. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Appellant contends that he received the ineffective assistance of counsel and his plea was the result of ignorance, fear, inadvertence, and coercion. Appellant did not raise these claims in the district court and these claims are not properly raised on direct appeal in the first instance. *See Franklin v. State*, 110 Nev. 750, 751-52, 877 P.2d 1058, 1059 (1994) ("[C]hallenges to the validity of a guilty plea and claims of ineffective assistance of trial and appellate counsel must be first pursued in post-conviction proceedings in the district court."), *overruled on other grounds by Thomas v. State*, 115 Nev. 148, 979 P.2d 222 (1999). Therefore, we decline to address these claims. Because appellant raises no other claims

SUPREME COURT
OF
NEVADA

(O) 1947A

14-23789

for consideration on appeal, we

ORDER the judgment of conviction AFFIRMED.

_____ Pickering _, J.
Pickering

_____ Saitta _, J.
Parraguirre                                                Saitta

cc:    Hon. Stefany Miley, District Judge
       Nguyen & Lay
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk